**Robert CLARK, Appellant, v. UNITED STATES of America.**
No. 8771.

Circuit Court of Appeals, Eighth Circuit.
Nov. 27, 1929.

I. R. Wasson, of Peoria, Ill., for appellant.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Nellie B. McGEE, Respondent.**
No. 5934.

Circuit Court of Appeals, Ninth Circuit.
March 25, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered order of United States Board of Tax Appeals reversed, and cause remanded, with directions to enter order of redetermination providing that the deficiencies in federal income tax for the years 1921 and 1923 are $4,249.07 and $847.30, respectively.

**John COTTITTA, Appellant, v. UNITED STATES of America.**
No. 8776.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1929.

Frank Rader, of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**In the Matter of the Petition of DAILEY'S TOWING LINE, Inc., for Exoneration from and Limitation of Liability, as Owner of THE Steamtug MATTIE, Her Engines, Boilers, etc.**
No. 263.

Circuit Court of Appeals, Second Circuit.
March 3, 1930.

Macklin, Brown, Lenahan & Speer and Horace L. Cheyney, both of New York City, for appellant.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**In the Matter of Aniello D'ISABELLA, Bankrupt; Aniello D'Isabella, Petitioner-Appellant, Millie Tuozzo, Appellee.**
No. 256.

Circuit Court of Appeals, Second Circuit.
Feb. 18, 1930.

Samuel C. Duberstein and Ditore & Cantor, all of Brooklyn, N. Y., for appellant.

Howard R. Brand, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.